IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CRAIG SMART,  )
  )
    Plaintiff,  )
  )
v.  ) CASE NO. CV415-182
  )
KENAN TRANSPORT, LLC,  )
  )
    Defendant.  )
  )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's request. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of July 2015.



WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUL -8 2015
CLERK
SO. DIST. OF GA